**SUZUKI LAW OFFICES**
Attorneys at Law
Todd P. Romero, Esq. No. 028174
2929 E. Camelback Rd. Ste. 224
Phoenix, Arizona 85016
Phone: (602) 682-5270
Fax: 480-907-1571
Attorneys@suzukilawoffices.com

Attorneys for Defendant *Jackson*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>    vs.<br><br>Micajah Joel Jackson,<br><br>      Defendant | Case No.: **21-mj-03094**<br><br>**NOTICE OF APPEARANCE**<br><br>*(Defendant is In Custody)* |

Mr. Todd P. Romero, privately retained counsel, does hereby enter his appearance in the above-noted cause on behalf of the defendant, Micajah Joel Jackson, for all further proceedings before this Court.

RESPECTFULLY SUBMITTED this 98th day of May, 2021.

                            **SUZUKI LAW OFFICE**

                            */s/ Todd P. Romero*
                            Todd P. Romero, Esq,
                            Attorneys for Defendant Jackson